# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT TACOMA

| | |
|---|---|
| JAY M. CHRISTENSEN,<br><br>            Petitioner,<br><br>   v.<br><br>DONALD HOLBROOK,<br><br>            Respondent. | CASE NO. 3:22-CV-5619-JHC-DWC<br><br>THIRD ORDER EXTENDING STAY AND SETTING STATUS REPORT DEADLINE |

      The District Court has referred this action to United States Magistrate Judge David W. Christel. This matter is before the Court on respondent's status report (Dkt. 19), as required by the Court's previous order extending the stay in this matter (Dkt. 18).

      The Court granted petitioner's unopposed motion for a stay because the parties agreed petitioner's pending post-conviction motion in state court could render moot the issues presented in petitioner's federal habeas petition. Dkt. 14. Respondent reports that petitioner's state court proceeding remains pending. Dkt. 17. Accordingly, the Court concludes that the stay should be extended.

The Court ORDERS as follows:

1. This matter continues to be stayed;

2. Respondent is directed to file status reports every 90-days until the stay has been lifted. If the state court matter resolves, the parties should notify the Court within 30-days of the resolution of the state court matter. The next status report shall be filed on or before **January 16, 2024.**

Dated this 20th day of October, 2023.

_David W. Christel_
David W. Christel
Chief United States Magistrate Judge